| | |
|---|---|
| 1 | DANIEL G. BOGDEN<br>United States Attorney |
| 2 | PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |
| 3 | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, Suite 5000 |
| 4 | Las Vegas, Nevada 89101<br>(702) 388-6336 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-176-KJD-PAL |
| Plaintiff, | ) | GOVERNMENT'S UNOPPOSED MOTION |
| | ) | TO DISMISS COUNT THREE OF |
| vs. | ) | CRIMINAL INDICTMENT PURSUANT |
| | ) | TO FEDERAL RULE OF CRIMINAL |
| JESSICA MEDINA, | ) | PROCEDURE 48(A) |
| Defendant. | ) | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss Count Three of the Criminal Indictment filed April 20, 2010 (*See* Docket #1) against Defendant JESSICA MEDINA. On April 30, 2010, the Defendant was arraigned in the United States District Court for the District of Nevada and pleaded not guilty to Count Three of the Criminal Indictment, charging her with Making False Statements to Acquire Firearms in violation of Title 18, United States Code, Sections 924(a)(1)(a) and 924(a)(2). On March 22, 2011, the Defendant entered into a Pre-Trial Diversion Agreement (*See* Docket #108). The Agreement called for the diversion of criminal proceedings against the Defendant for a period of eighteen (18) months.

In April, 2012, the undersigned Assistant United States Attorney received a request from the United States Probation Office that the Defendant be terminated early from the Agreement on the basis that she has successfully completed the court-imposed requirements and, to date, has performed satisfactorily on supervision. The Government has no objection to the request, and executed a statement to that fact. (*See* Exhibit "1"). Consequently, the Government hereby moves that the Count Three of the Criminal Indictment, charging defendant JESSICA MEDINA with Making False Statements to

Acquire Firearms in violation of Title 18, United States Code, Sections 924(a)(1)(a) and 924(a)(2), be dismissed.

DATED: May 2, 2012.

                                                 Respectfully submitted,

                                                 DANIEL G. BOGDEN
                                                 United States Attorney

                                                             /s/

                                                 PHILLIP N. SMITH, JR.
                                               Assistant United States Attorney

IT IS SO ORDERED.
DATED: May 3, 2012

_____
UNITED STATES DISTRICT JUDGE